## SECOND DEPARTMENT, JANUARY, 1919.

MINNIE BECK, Respondent, v. WITTEMAN BROTHERS, Appellant. (Actions 1 and 2.) — Motions denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

MATTEO DELFINO, Respondent, v. BLANCHE STARITA, etc., and Another, Appellants.— Motion for stay denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

JOHN FARRELL and Others, Appellants, v. MARY E. T. DUNN and Another, as Executrices, etc., Respondents.— Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

ISIDORE HABER, Respondent, v. S. A. JACOBSON COMPANY, INC., Appellant. — Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

ERNEST J. HUTTER, Appellant, v. R. MORGAN OLCOTT, Respondent.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of HAMILTON R. HALSEY, for Payment of His Share of Award Made to Unknown Owners of Damage Parcel No. 4, etc. Main Street School Site, Borough of Queens.— Motion for payment of award granted, and order signed. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of ABRAHAM POLLACK for Writs of Habeas Corpus and Certiorari.— Motions denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

HORACE L. KENT, Respondent, v. GEORGE H. FRASER, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal, place the case on the calendar for Friday, January 17, 1919, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

GUSTAVE KENZ, Appellant, v. BERNHEIMER & SCHWARTZ PILSENER BREWING COMPANY, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

JOSEPH KOLMAN and Others, Appellants, v. JOSEPH BAWER and Another, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

AFFIFE N. MALOOF, as Administratrix, etc., Respondent, v. ANTON W. SAYDAH, Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

BERT MCKINNEY, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Motions denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

THE MERITAS REALTY COMPANY, Appellant, v. EDSON J. FARLEY and Another, Respondents.— Motion to amend judgment of foreclosure and sale granted, and order resettling judgment signed. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.